**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ARES, | Case No. CV 21-8888 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOUIS DEJOY, Postmaster General of the United States Postal Service, | |
| Defendant. | |

Pursuant to the court's Order Granting Defendant's Motion for Summary Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 27th day of February, 2024.

/s/
Fernando M. Olguin
United States District Judge